GENERAL ELECTRIC COMPANY, Respondent, *v.* NEW YORK CONTRACT PURCHASE CORPORATION et al., Appellants.

Argued April 28, 1937; decided May 25, 1937.

*R. Randolph Hicks, Jay Leo Rothschild* and *Lloyd F. Thanhouser*, for appellants.

*Lowell Wadmond* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.